IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROY SOUTHALL                                                                             PLAINTIFF

v.                           Case No: 5:18-cv-00036 KGB-PSH

GLENDA WRIGHT                                             DEFENDANT

## ORDER

      The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 5). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Accordingly, the Court dismisses without prejudice plaintiff Roy Southall's complaint for failure to state a claim upon which relief may be granted. (Dkt. No. 2). The Court further concludes that dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g). Finally, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

      It is so ordered, this the 11th day of February, 2019.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge