**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**ROY SOUTHALL**                                                                          **PLAINTIFF**

**v.**                              **Case No: 5:18-cv-00036 KGB-PSH**

**GLENDA WRIGHT**                                                                  **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff

Roy Southall's claims against defendant are dismissed without prejudice.

So adjudged this the 11th day of February, 2019.

_____
Kristine G. Baker
United States District Judge